# Proposed Distribution

Page 1 of 2

Case Number: 10-50514
Debtor Name: HUTCHINSON, ROBERT C.

Date: August 5, 2010
PROPOSED DISTRIBUTION

FILED 2011 JAN 24 PM 1:44 U.S. BANKRUPTCY COURT NORTHERN DISTRICT OF OHIO AKRON

| Claim # | Payee Name | Class | Priority | Amount | Paid to Date | Claim Balance | Proposed Pymt | Funds Remaining |
|---|---|---|---|---|---|---|---|---|
| | Beginning Balance | | | | | | | $1,401.08 |
| | Marc P. Gertz<br>Trustee<br>11 S. Forge St.<br>Akron OH 44304 | Administrative | 100 | $350.27 | $0.00 | $350.27 | $350.27 | $1,050.81 |
| | Marc P. Gertz<br>Trustee<br>11 S. Forge St.<br>Akron OH 44304 | Administrative | 100 | $0.00 | $0.00 | $0.00 | $0.00 | $1,050.81 |
| Subtotals For Class Administrative | 100.00% | | | $350.27 | $0.00 | $350.27 | $350.27 | |
| 1 | Atlas Acquisitions LLC<br>Attn: Avi Schild<br>294 Union St<br>Hackensack NJ 07601 | Unsecured | 300 | $1,816.39 | $0.00 | $1,816.39 | $43.30 | $1,007.51 |
| 2 | CashCall Inc<br>c/o B-Line, LLC<br>MS 550<br>PO Box 91121<br>Seattle, WA 98111-9221 | Unsecured | 300 | $4,833.68 | $0.00 | $4,833.68 | $115.22 | $892.29 |
| 3 | Roundup Funding, LLC<br>MS 550<br>PO Box 91121<br>Seattle, WA 98111-9221 | Unsecured | 300 | $570.69 | $0.00 | $570.69 | $13.60 | $878.69 |
| 4 | Plassard, Brett<br>1875 W. Jackson St.<br>Painesville, OH 44077 | Unsecured | 300 | $930.00 | $0.00 | $930.00 | $22.17 | $856.52 |
| 5 | Fairfax Management<br>Acct *J9<br>482 Blackbrook Road<br>Painesville, OH 44077 | Unsecured | 300 | $3,500.00 | $0.00 | $3,500.00 | $83.43 | $773.09 |
| 6 | Time Warner Cable<br>Acct *7602<br>PO Box 0901<br>Carol Stream, IL 60132-0901 | Unsecured | 300 | $108.72 | $0.00 | $108.72 | $2.59 | $770.50 |
| 7 | University Hospital Medical Group<br>Acct *6941<br>PO Box 74116<br>Cleveland, OH 44194-1116 | Unsecured | 300 | $19.59 | $0.00 | $19.59 | $0.47 | $770.03 |
| 8 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Unsecured | 300 | $1,703.20 | $0.00 | $1,703.20 | $40.60 | $729.43 |
| 9 | DentalWorks GLM<br>Acct *0764<br>7875 Johnnycake Ridge Rd.<br>Mentor, OH 44060 | Unsecured | 300 | $236.20 | $0.00 | $236.20 | $5.63 | $723.80 |
| 10 | Verizon Wireless<br>PO BOX 3397<br>Bloomington, IL 61702 | Unsecured | 300 | $470.81 | $0.00 | $470.81 | $11.22 | $712.58 |
| 12 | CASHLAND/CASH AMERICA<br>17 TRIANGLE PARK<br>CINCINNATI, OH 45246 | Unsecured | 300 | $1,705.62 | $0.00 | $1,705.62 | $40.66 | $671.92 |
| 13 | Capital Recovery III LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131-1605 | Unsecured | 300 | $10,588.47 | $0.00 | $10,588.47 | $252.39 | $419.53 |
| 14 | Capital Recovery III LLC<br>c/o Recovery Management Systems Corporat | Unsecured | 300 | $560.11 | $0.00 | $560.11 | $13.35 | $406.18 |

*see next page*

Date printed 8/5/2010 4:04 PM

| Claim # | Payee Name | Class | Priority | Amount | Paid to Date | Claim Balance | Proposed Pymt | Funds Remaining |
|---|---|---|---|---|---|---|---|---|
| | 25 SE 2nd Avenue Suite 1120<br>Miami FL 33131-1605 | | | | | | | |
| 15 | Capital Recovery III LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131-1605 | Unsecured | 300 | $11,015.74 | $0.00 | $11,015.74 | $262.58 | $143.60 |
| 16 | PRA Receivables Management, LLC<br>As Agent Of Portfolio Recovery Assocs.<br>PO Box 12914<br>Norfolk VA 23541 | Unsecured | 300 | $918.37 | $0.00 | $918.37 | $21.89 | $121.71 |
| 17 | Citizens Financial Services<br>PO Box 866<br>Mentor OH 44061-0866 | Unsecured | 300 | $3,002.20 | $0.00 | $3,002.20 | $71.56 | $50.15 |
| 18 | Grand Strand Regional Medical Center<br>c/o B-Line, LLC<br>MS 550<br>PO Box 91121<br>Seattle, WA 98111-9221 | Unsecured | 300 | $100.00 | $0.00 | $100.00 | $2.38 *(see previous page)* | $47.77 |
| 19 | The Illuminating Company - CEI<br>Bankruptcy Dept<br>6896 Miller Rd Rm 204<br>Brecksville, OH 44141 | Unsecured | 300 | $1,576.27 | $0.00 | $1,576.27 | $37.57 | $10.20 |
| 20 | Diligentsia Capital Group LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131-1605 | Unsecured | 300 | $428.00 | $0.00 | $428.00 | $10.20 | $0.00 |
| 21 | Premier BankCard/Charter<br>P.O. Box 2208<br>Vacaville, CA 95696 | Unsecured | 350 | $272.61 | $0.00 | $272.61 | $0.00 | $0.00 |
| Subtotals For Class Unsecured 2.37% | | | | $44,356.67 | $0.00 | $44,356.67 | $1,050.81 | |
| 11 | GMAC<br>PO Box 130424<br>Roseville, MN 55113 | Secured | 400 | $12,962.56 | $0.00 | $12,962.56 | $0.00 | $0.00 |
| Subtotals For Class Secured 0.00% | | | | $12,962.56 | $0.00 | $12,962.56 | $0.00 | |
| | Totals | | | $57,669.50 | $0.00 | $57,669.50 | $1,401.08 | $0.00 |

Proposed distribution is dependent on the Court's rulings on administrative expenses, contest of claims, and/or objections made to this proposed distribution.

*Handwritten:*
5.44
ck # 1018
receipt # 82078